FILED
SEP 15 2009
US DISTRICT COURT
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERWIN BERNARD REDDING, aka "EASY", and<br>ANGELA SUE HODGE<br>Defendants. | Criminal No. 3:09cr67<br><br>Violations:  18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C) |

# INDICTMENT

The Grand Jury charges that:

### COUNT 1.

(Distribution of Cocaine Base)

On or about the 4th day of October, 2007, at approximately 6:40pm, in Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants **ERWIN BERNARD REDDING, aka "EASY" and ANGELA SUE HODGE,** aiding and abetting each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 0.39 grams of cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 2.

(Distribution of Cocaine Base)

On or about the 18th day of October, 2007, at approximately 8:10pm, in Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants **ERWIN BERNARD REDDING, aka "EASY" and ANGELA SUE HODGE,** aiding and abetting each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 0.29 grams of cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $100.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
SHARON L. POTTER
United States Attorney