IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.                                          **Criminal No. 3:09CR67-1**

**ERWIN BERNARD REDDING**

      **Defendants.**

## NOTICE OF APPEAL

1. You will take notice that the Defendant, Erwin B. Redding, appeals his criminal conviction in the above referenced case entered on the 25'th day of January, 2010.

2. That the Defendant, Erwin B. Redding appeals the adverse ruling to his motion for judgment of acquittal and his motion for new trial.

3. That the appeal will be presented to the United States Court of Appeals for the Fourth Circuit.

4. That the Defendant is indigent and would ask that counsel be appointed.

                                                      Erwin Bernard Redding
                                                      Defendant,
                                                      By Counsel.

   /s/
James T. Kratovil ID #10292
KRATOVIL & AMORE PLLC
211 W. Washington Street
Charles Town, WV 25414
(403) 728-7718   FAX (304) 728-7720
kratovil@charlestownlaw.com